**(Official Form 1) (9/01)**

| FORM B1 | United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Global Crossing Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>Global Crossing Holdings Ltd. | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>98-0189783 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>Wessex House, 1st Floor<br>45 Reid Street<br>Hamilton HM12, Bermuda | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [ ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [x] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [x] Corporation
- [ ] Partnership
- [ ] Other_____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors<br>(consolidated with affiliates) | 1-15 [ ] | 16-49 [ ] | 50-99 [ ] | 100-199 [ ] | 200-999 [ ] | 1000-over [x] |
|---|---|---|---|---|---|---|

| Estimated Assets (consolidated with affiliates) | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] | $50,000,001 to $100 million [ ] | More than $100 million [x] |

| Estimated Debts (consolidated with affiliates) | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] | $50,000,001 to $100 million [ ] | More than $100 million [x] |

(Official Form 1) (9/01)                                                                    FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Global Crossing Ltd.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:    N/A | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> See Annex 1 Attached | Case Number: <br> See Annex 1 Attached | Date Filed: <br> January 28, 2002 |
| District: <br> Southern District of New York | Relationship: <br> See Annex 1 Attached | Judge: <br> Same as assigned herein |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒   Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)            Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No

**Signature of Attorney**

X  /s/ Michael F. Walsh
Signature of Attorney for Debtor(s)

Harvey R. Miller
Michael F. Walsh
Paul M. Basta
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

January 27, 2002

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Dan Cohrs
Signature of Authorized Individual

Dan Cohrs
Printed Name of Authorized Individual

Executive Vice President and Chief Financial Officer
Title of Authorized Individual

January 27, 2002
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

## Annex 1 to Chapter 11 Petition

On the date hereof, each of the affiliated entities listed below also filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.  Such entities have filed or shortly will file a motion requesting that their chapter 11 cases be consolidated for procedural purposes only and jointly administered.

| Company | Case No. |
|---|---|
| 1.   Global Crossing North America, Inc. | 02-____ (    ) |
| 2.   Global Crossing Holdings Ltd. | 02-____ (    ) |
| 3.   Atlantic Crossing Ltd. | 02-____ (    ) |
| 4.   Atlantic Crossing Holdings Ltd. | 02-____ (    ) |
| 5.   Global Crossing Cyprus Holdings Limited | 02-____ (    ) |
| 6.   GC Pan European Crossing Luxembourg I S.a.r.l. | 02-____ (    ) |
| 7.   GC Pan European Crossing Luxembourg II S.a.r.l. | 02-____ (    ) |
| 8.   GC Pan European Crossing Holdings B.V. | 02-____ (    ) |
| 9.   Mid-Atlantic Crossing Holdings Ltd. | 02-____ (    ) |
| 10. Global Crossing Holdings U.K. Limited | 02-____ (    ) |
| 11. Global Crossing International Ltd. | 02-____ (    ) |
| 12. Global Crossing Network Center Ltd. | 02-____ (    ) |
| 13. Pan American Crossing U.K. Ltd. | 02-____ (    ) |
| 14. Mid-Atlantic Crossing Ltd. | 02-____ (    ) |
| 15. Pan American Crossing Holdings Ltd. | 02-____ (    ) |
| 16. South American Crossing Holdings Ltd. | 02-____ (    ) |
| 17. Pan American Crossing Ltd. | 02-____ (    ) |
| 18. Atlantic Crossing Holdings U.K. Limited | 02-____ (    ) |
| 19. ALC Communications Corporation | 02-____ (    ) |
| 20. Budget Call Long Distance, Inc. | 02-____ (    ) |
| 21. Business Telemanagement, Inc. | 02-____ (    ) |
| 22. GC Dev. Co., Inc. | 02-____ (    ) |
| 23. GC Mart LLC | 02-____ (    ) |
| 24. GC Pacific Landing Corp | 02-____ (    ) |
| 25. Global Crossing Advanced Card Services, Inc. | 02-____ (    ) |
| 26. Global Crossing Bandwidth, Inc. | 02-____ (    ) |
| 27. Global Crossing Billing, Inc. | 02-____ (    ) |
| 28. Global Crossing Development Co. | 02-____ (    ) |
| 29. Global Crossing Employee Services, Inc. | 02-____ (    ) |
| 30. Global Crossing GlobalCenter Holdings, Inc. | 02-____ (    ) |
| 31. Global Crossing Government Markets USA, Inc. | 02-____ (    ) |
| 32. Global Crossing Holdings USA LLC | 02-____ (    ) |
| 33. Global Crossing Internet Dial-Up, Inc. | 02-____ (    ) |
| 34. Global Crossing Latin America & Caribbean Co. | 02-____ (    ) |
| 35. Global Crossing Local Services, Inc. | 02-____ (    ) |
| 36. Global Crossing North American Holdings, Inc. | 02-____ (    ) |

| Company | Case No. |
|---|---|
| 37. Global Crossing Management Services, Inc. | 02-____ (   ) |
| 38. Global Crossing North American Networks, Inc. | 02-____ (   ) |
| 39. Global Crossing Telecommunications, Inc. | 02-____ (   ) |
| 40. Global Crossing Telemanagement VA LLC | 02-____ (   ) |
| 41. Global Crossing Telemanagement, Inc. | 02-____ (   ) |
| 42. Global Crossing USA, Inc. | 02-____ (   ) |
| 43. Global Crossing Ventures, Inc. | 02-____ (   ) |
| 44. GT Landing Corp. | 02-____ (   ) |
| 45. GT Landing II Corp. | 02-____ (   ) |
| 46. MAC Landing Corp. | 02-____ (   ) |
| 47. Metaclorin Investco II, Inc. | 02-____ (   ) |
| 48. PAC Landing Corp. | 02-____ (   ) |
| 49. Subsidiary Telco LLC | 02-____ (   ) |
| 50. US Crossing, Inc. | 02-____ (   ) |
| 51. IXNet, Inc. | 02-____ (   ) |
| 52. GC St. Croix Company, Inc. | 02-____ (   ) |
| 53. Equal Access Networks, LLC | 02-____ (   ) |
| 54. Atlantic Crossing II Ltd. | 02-____ (   ) |

## CERTIFICATE OF RESOLUTIONS

I, Mitchell C. Sussis, Secretary of Global Crossing Ltd., a Bermuda corporation (the "Company"), hereby certify that at a special meeting of the Board of Directors of the Company duly called and held on January 27, 2002, the following resolutions were duly adopted in accordance with the requirements of the Bermuda Companies Act and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED, that, in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it was further

RESOLVED, that, the Chairman of the Board of Directors of the Company, the President, Chief Executive Officer, Chief Financial Officer or any Vice President of the Company, is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as said officer executing the same shall determine; and it was further

RESOLVED, that, the law firm of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 is hereby employed as attorneys for the Company in the Company's chapter 11 case, subject to bankruptcy court approval; and it was further

RESOLVED, that, the appropriate officers of the Company are hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which they deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and it was further

RESOLVED, that, the appropriate officers of the Company are hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify,

file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer shall be or become necessary, proper and desirable to effectuate a successful reorganization or chapter 11 liquidation of the Company's business; and it was further

RESOLVED, that, any and all past actions heretofore taken by officers or directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of

January, 2002.

/s/ Mitchell C. Sussis
Signature

Mitchell C. Sussis
Name

Secretary
Title

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case Nos.** |
| | : | |
| **GLOBAL CROSSING LTD.,** | : | **02-** _____ ( ) **through** |
| | : | **02-** _____ ( ) |
| | : | |
| **Debtor.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

## LIST OF CREDITORS HOLDING
## 50 LARGEST UNSECURED CLAIMS

   Following is the list of the Debtor's creditors holding the 50 largest unsecured claims.  The list has been prepared on a consolidated basis, based upon the consolidated books and records of the Debtor and its affiliates.[1]  On the date hereof, the Debtor's affiliates also commenced chapter 11 cases in this Court.

   Except as set forth above, the list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2]* | *Amount of claim (if secured also state value of security)* |
| 1. 9.5% Senior Notes due 2009 U.S. Trust Company, Trustee 114 West 47th St New York, NY 10036 | U.S. Trust Company, Trustee 114 West 47th St New York, NY 10036 Tel. 212-852-1661 Fax. 212-852-1626 Cynthia Chaney | Bond Debt | | $1,100,000,000 |

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.

[2] All claims are subject to customary reconciliation and adjustment.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2]* | *Amount of claim (if secured also state value of security)* |
| 2.  8.7% Senior Notes due 2007 U.S. Trust Company, Trustee 114 West 47th St New York, NY 10036 | Cynthia Chaney U.S. Trust Company 114 West 47th St New York, NY 10036 Tel. 212-852-1661 Fax: 212-852-1626 | Bond Debt | | $1,000,000,000 |
| 3.  9.125% Senior Notes due 2006 U.S. Trust Company, Trustee 114 West 47th St New York, NY 10036 | Cynthia Chaney U.S. Trust Company 114 West 47th St New York, NY 10036 Tel. 212-852-1661 Fax. 212-852-1626 | Bond Debt | | $900,000,000 |
| 4.  9.625% Senior Notes due 2008 U.S. Trust Company, Trustee 114 West 47th St New York, NY 10036 | Cynthia Chaney U.S. Trust Company 114 West 47th St New York, NY 10036 Tel. 212-852-1661 Fax. 212-852-1626 | Bond Debt | | $800,000,000 |
| 5.  9% Medium Term Notes due 2021 JP MorganChase Bank, Trustee Corporate Trust Services 2001 Bryan St, 9th Floor Dallas, TX 75201 | Ken Fowlerd JP MorganChase Bank Corporate Trust Services 2001 Bryan St, 9th Floor Dallas, TX 75201 Tel. 214-468-6105 Fax. 214-468-6094 | Bond Debt | | $100,000,000 |
| 6.  Lucent Technologies 600 Mountain Avenue Murray Hill, NJ 07974 | Patricia Russo Henry Schact Frank D'Amelio Janet Davidson 600 Mountain Avenue Murray Hill, NJ 07974 Tel. 908-528-8500 Fax. 908-508-2576 | Trade Debt | | $31,357,050 |
| 7.  Alcatel P.O. Box 911476 Dallas, TX  75391-1476 | Jay Hilbert P.O. Box 911476 Dallas, TX  75391-1476  1000 Coit Road CHB Plano, TX  75075 Tel. 972-477-2555 Fax. 972-519-3999 (fax) | Trade Debt | | $31,056,980 |
| 8.  Tycom US Inc. Mellon Bank Centre Pittsburgh, PA 15259 | Mellon Bank Centre Pittsburgh, PA 15259 Tel. 441-298-9770 Fax. 441-298-9777 | Trade Debt | | $29,160,213 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2]* | *Amount of claim (if secured also state value of security)* |
| 9.  SBC Communications 31100 Plymouth Rd, Rm 301 Livonia, MI 48150 | Dawn Callier 31100 Plymouth Rd, Rm 301 Livonia, MI 48150 Tel. 312-331-3815 dc8033@miomail.sbc.com<br><br>21454 Network Place Chicago, IL 60673-1214<br><br>175 E. Houston San Antonio, TX 78205 Tel. 210-821-4105 Fax. 210-351-2071 | Trade Debt | | $26,840,151 |
| 10.  Verizon 180 Washington Valley Road Bedminister, NJ 07921 | Alice Bednark 180 Washington Valley Rd Bedminister, NJ 07921<br><br>Paul Lacouture 1095 Avenue of Americas New York, NY 10013 Tel. 212-395-1087 paul.a.lacouture@verizon.com | Trade Debt | | $23,936,607 |
| 11.  9.3% Medium Term Notes due 2004 Chase Manhattan Bank, Trustee 55 Water Street, Rm. 234 New York, NY 10041 | Edwina Osborne Chase Manhattan Bank 55 Water Street, Rm. 234 New York, NY 10041 Tel. 212-638-5279 Fax. 212-638-7375 | Bond Debt | | $20,000,000 |
| 12.  Nortel Networks 2221 Lakeside Blvd. Richardson, Texas 75082-4399 | Gary Donahee 2221 Lakeside Blvd. Richardson, Texas 75082-4399<br><br>1500 Concord Terrace Sunrise Florida, FL 33323-2815 Tel. 905-863-0000 Fax. 905-863-8423 | Trade Debt | | $13,802,224 |
| 13.  Cincinnati Bell Telephone 201 E. Fourth Street Room 102-602 P. O. Box 2301 Cincinnati, OH 45201 | Jack Mueller 201 E. Fourth Street Room 102-602 P. O. Box 2301 Cincinnati, OH 45201 Tel. 513-397-0766 jmueller@cinbell.com | Trade Debt | | $13,375,868 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2]* | *Amount of claim (if secured also state value of security)* |
| 14. Cisco 170 West Tasman Drive San Jose, California 95134 | John Chambers William Nuti 170 West Tasman Drive San Jose, California 95134  P.O. Box 91232 Chicago, IL 60693-1232 Tel. 408-526-4000 Fax. 408-526-4100 | Trade Debt | | $12,626,693 |
| 15. Level 3 1025 Eldarado Blvd. Broomfield, CO 80021 | 1025 Eldarado Blvd. Broomfield, CO 80021  720-888-1000 | Trade Debt | | $10,112,149 |
| 16. Bell South Corporation 600 N. 19th Street 3rd Fl. BIN NO Birmingham, AL 35203 | Petra Pryor 1155 Peachtree Street, N.E. Atlanta, GA 30309 Tel. 404-249-2000 Fax. 404-249-2071 petra.pryor@bridge.bellsouth.com  600 N. 19th Street 3rd Fl. BIN NO Birmingham, AL 35203 | Trade Debt | | $9,716,900 |
| 17. Mastec North America Inc. P.O. Box 266 Purcell, OK 73080 | Randy Gunlar P.O. Box 266 Purcell, OK 73080 Tel. 405-527-2616 Fax. 405-527-1908 | Trade Debt | | $9,426,946 |
| 18. MCI Telecommunications 500 Clinton Center Dr. Clinton, MS 39056 | 500 Clinton Center Dr. Clinton, MS 39056 Tel. 601-460-5600 Fax. 601-974-8350 | Trade Debt | | $8,406,507 |
| 19. Qwest 1801 California Street Suite 2530 | Carol Schneider 1801 California Street Suite 2530 Denver, CO 80244-0001 Tel. 303-992-1400 Fax. 303-992-1724 | Trade Debt | | $6,930,864 |
| 20. Citizens Communications/ Frontier Communications 8800 N. Central Expressway Suite 800 Dallas, TX 75231 | 8800 N. Central Expressway Suite 800 Dallas, TX 75231 | Trade Debt | | $5,523,030 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2]* | *Amount of claim (if secured also state value of security)* |
| 21.  Z Tel<br>601 S. Harbour Island<br>Suite 220<br>Tampa, FL  33602 | 601 S. Harbour Island<br>Suite 220<br>Tampa, FL  33602<br>Tel. 813-273-6261<br>Fax. 813-273-6861 | Trade Debt | | $5,484,333 |
| 22.  AT&T<br>P. O. Box 5186<br>Chicago, IL  60680-5186 | P. O. Box 5186<br>Chicago, IL  60680-5186<br><br>32 Avenue of the Americas<br>New York, NY 10013<br>Tel. 212-387-5400<br>Fax. 908-221-2528 | Trade Debt | | $3,916,049 |
| 23.  Tekelec<br>26580 West Agoura Rd.<br>Calabasas, CA 91302 | 26580 West Agoura Rd.<br>Calabasas, CA 91302<br>Tel. 800-835-3532<br>Tel. 818-800-5656<br>Fax. 818-880-6993 | Trade Debt | | $3,722,460 |
| 24.  Juniper Networks<br>5661 Collections Ctr Dr<br>Chicago, IL  60693 | 5661 Collections Ctr Dr<br>Chicago, IL  60693<br>Tel. 408-745-2000<br>Fax. 408-745-2100 | Trade Debt | | $3,698,199 |
| 25.  Accenture<br>1345 Avenue of the Americas<br>New York, NY 10105 | Roxanne Taylor<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Tel. 917-452-5106<br>Fax: 917-527-9915<br>roxanne.taylor@accenture.com<br><br>100 Campus Drive<br>Florham Park, NJ 07932<br>Tel. 973-301-1000<br>Fax. 973-301-1005 | Trade Debt | | $3,665,633 |
| 26.  Alltel<br>7001 Chatham Center Drive<br>Suite 1000<br>Savannah, GA  31405 | 7001 Chatham Center Drive<br>Suite 1000<br>Savannah, GA  31405<br><br>One Allied Drive<br>Little Rock, AR 72202<br>Tel. 501-905-8000<br>Fax. 501-905-0962 | Trade Debt | | $2,913,655 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim (if secured also state value of security) |
| 27.  Sprint<br>P. O. Box 740504<br>Atlanta, GA  30374-0504 | William Esrey<br>P. O. Box 740504<br>Atlanta, GA  30374-0504<br><br>Mike Fuller<br>6480 Sprint Parkway<br>Overland Park, KS 66251<br>mike.fuller@mail.sprint.com<br><br>460 Herndon Pkwy<br>Herndon, VA<br>Tel. 703-467-5391<br>Fax. 703-467-5410 | Trade Debt | | $2,891,535 |
| 28.  Anixter<br>4711 Golf Road<br>Skokie, IL  60076-1278 | Dennis Latham<br>4711 Golf Road<br>Skokie, IL  60076-1278<br>Tel. 847-677-2600<br>Fax. 847-677-9480 | Trade Debt | | $2,657,302 |
| 29.  United Telephone<br>P. O. Box 419114<br>Kansas City, MO 64141-6114 | P. O. Box 419114<br>Kansas City, MO 64141-6114<br><br>120 Taylor Street<br>Chapel Hill,TN 37034<br>Tel. 931-364-2289<br>Fax. 931-364-7202 | Trade Debt | | $2,112,207 |
| 30.  Century Telephone<br>2615 East Avenue<br>La Crosse, WI  54601 | 2615 East Avenue<br>La Crosse, WI  54601<br><br>100 Century Park Drive<br>Monroe, LA 71203<br>Tel. 318-388-9000<br>Fax. 318-388-9562 | Trade Debt | | $1,887,362 |
| 31.  Kajima<br>3445 Peachtree Road<br>Ne. Ste 200<br>Atlanta, GA  30326 | John Kovacs<br>3445 Peachtree Road NE Ste 200<br>Atlanta, GA  30326<br>kovacsj@kajimausa.com<br><br>395 W. Passaic Street<br>2nd Floor<br>Rochelle Park, NJ 07662<br>Tel. 201-518-2100<br>Fax. 201-518-1535 | Trade Debt | | $1,742,043 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim (if secured also state value of security) |
| 32. Telcobuy.com<br>P.O. Box 952120<br>St. Louis, MO<br>63195-2120 | P.O. Box 952120<br>St. Louis, MO 63195-2120<br><br>60 Weldon Parkway<br>St. Louis, MO 63043<br>Tel. 314-983-2826<br>Fax. 314-569-8310 | Trade Debt | | $1,657,185 |
| 33. Mercer Consulting<br>P.O. Box 91787<br>Washington, DC<br>20090-1787 | P.O. Box 91787<br>Washington, DC 20090-1787<br>Tel. 202-778-7000<br><br>1166 Avenue of the Americas<br>New York, NY 10036<br>Tel. 212-345-8000<br>Fax. 212-345-8075 | Trade Debt | | $1,550,250 |
| 34. Encompass<br>12100 Baltimore Avenue<br>Beltsville, MD 20705 | Barbara Macba<br>12100 Baltimore Avenue<br>Beltsville, MD 20705<br>Tel. 443-334-1063<br><br>3 Greenway Plaza, Suite 2000<br>Houston, TX 77046<br>Tel. 713-860-0100<br>Fax. 713-626-4766 | Trade Debt | | $1,512,740 |
| 35. Gotham Incorporated<br>P.O. Box 19073<br>Newark, NJ 07195-0073 | Don Hoye<br>P.O. Box 19073<br>Newark, NJ 07195-0073<br><br>100 Fifth Avenue<br>New York, NY 10011<br>Tel. 212-414-7000 | Trade Debt | | $1,440,566 |
| 36. PM Contracting<br>40 Exchange Place, 19th Floor<br>New York, NY 10005 | Mike Jacobs<br>40 Exchange Place, 19th Floor<br>New York, NY 10005<br>Tel. 212-785-8080<br><br>515 North Cedar Ridge Suite 70<br>Duncanville, TX 75116<br>Tel. 972-709-8818<br>Fax. 972-709-8846 | Trade Debt | | $1,214,247 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim (if secured also state value of security) |
| 37.  Polycom P.O. Box 402198 Atlanta, GA 30384-2198 | Dave NelsonP.O. Box 402198 Atlanta, GA 30384-2198<br><br>9040 Roswell Rd., Suite 450 Atlanta, GA 30350-1877 Tel: 770-641-4400 Fax: 770-641-4444<br><br>1565 Barber Lane Milpitask, California 95035 Tel. 408-526-9000 Fax. 408-526-9010 | Trade Debt | | $1,143,525 |
| 38.  Madison Communications 1050 E Piedmont Rd. Suite E232 Marietta, GA 30062 | 1050 E Piedmont Rd. Suite E232 Marietta, GA 30062 Tel. 404-550-8342 Fax. 770-541-6090 Scott Carr | Trade Debt | | $1,055,281 |
| 39.  Greenwich Tech Partners P.O. Box 18530 Newark, NJ 07191-8530 | Kevin Lynch P.O. Box 18530 Newark, NJ 07191-8530<br><br>123 Main Street White Plains, NY 10601 Tel. 914-289-8000 Fax. 914-289-8001 | Trade Debt | | $1,002,741 |
| 40.  DGI Technologies 501 West George Bush Hwy Suite 100 Richardson, TX 75080 | Jeannie Wood 501 West George Bush Hwy Suite 100 Richardson, TX 75080 Tel. 214-644-7444 | Trade Debt | | $907,526 |
| 41.  Bell Atlantic Cabs Rem Trenton, NJ 08650-4832 | Cabs Rem Trenton, NJ 08650-4832<br><br>1095 Avenue of the Americas 36th floor New York, NY 10036 Tel. 212-395-2121 Fax. 212-921-2971 | Trade Debt | | $700,389 |
| 42.  Comp USA 14951 N Dallas Pkwy. Dallas, TX 75320-0670 | Doris Kurran 14951 N Dallas Pkwy. Dallas, TX 75320-0670 Tel. 972-528-4507 | Trade Debt | | $690,763 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2]* | *Amount of claim (if secured also state value of security)* |
| 43. Shipley Logan Communications 1191-C Brock Mcvey Dr. Lexington, KY 40509 | Michael Norcia 1191-C Brock Mcvey Dr. Lexington, KY 40509 Tel. 561-564-0065 x 203 Fax. 561-564-0965 | Trade Debt | | $686,723 |
| 44. Sonus Networks Limited 5 Carlisle Road Westford, MA 01886 | Barbara Teng 5 Carlisle Road Westford, MA 01886 Tel. 978-692-8999 Fax. 978-692-9118 | Trade Debt | | $656,043 |
| 45. Primus Telecommunications 1700 Old Meadow Rd., 3rd Floor Mclean, VA 22102 | 1700 Old Meadow Rd., 3rd Floor Mclean, VA 22102 Tel. 703-902-2800 Fax. 703-902-2877 | Trade Debt | | $652,417 |
| 46. Media Partnership/Gotham P.O. Box 30548 Hartford, CT 06150 | P.O. Box 30548 Hartford, CT 06150 Garden Studios 11-15 Betterton Street London, England WC 2H 9BP Tel. 011-202- 7470 8781 Fax. 011-202- 7470 8782 | Trade Debt | | $647,630 |
| 47. Hitachi Telecom USA Inc. Drawer CS 198306 Atlanta, GA 30384-8306 | Drawer CS 198306 Atlanta, GA 30384-8306 Tel. 800-446-8820 Fax. 770-242-1414 | Trade Debt | | $635,203 |
| 48. Frontline 1 Blue Hill Plaza PO Box 1548 Pearl River, NY 10965 | Brian Homeyer 1 Blue Hill Plaza PO Box 1548 Pearl River, NY 10965 Tel. 845-623-8553 Fax. 845-623-8669 909 Hidden Ridge Drive, Suite 450 Irving, TX 75038 Tel. 972-580-7778 x245 150 East 58th St, 28th Floor New York, NY 10155 Tel. 212-688-2332 | Trade Debt | | $633,100 |
| 49. Novo Relationship Architects | 222 Sutter St, 6th Floor San Francisco, CA 94108 | Trade Debt | | $621,568 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2]* | *Amount of claim (if secured also state value of security)* |
| 50.   MCSI | Dept 0231<br>Columbus, OH  43265-0231<br><br>4750 Hempstead Station<br>Dayton, OH 45429<br>t. 937.291.8282<br>f. 937.291.8288 | Trade Debt | | $619,448 |

**DECLARATION UNDER PENALTY OF PERJURY:**

        I, the undersigned authorized officer of Global Crossing Ltd., named as the Debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing list of unsecured creditors of the Debtor and that it is true and correct to the best of my information and belief.

Dated:  January 27, 2002

<div style="margin-left:50%">

/s/ Dan Cohrs                
Signature

Dan Cohrs                
Name

Executive Vice President and CFO   
Title

</div>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                      :
                                                           :    **Chapter 11 Case Nos.**
                                                           :
**GLOBAL CROSSING LTD.,**                                  :    **02- _____ (      ) through**
                                                           :    **02- _____ (      )**
                                                           :
                          Debtor.                          :    **(Jointly Administered)**
                                                           :
------------------------------------------------------------x

## LIST OF CREDITORS

       The list has been prepared on a consolidated basis, based upon the consolidated books and records of the Debtor and its affiliates.[3]  On the date hereof, the Debtor's affiliates also commenced chapter 11 cases in this Court.

       The list contains only those creditors whose names and addresses were maintained in the Debtors' consolidated database or were otherwise ascertainable by the Debtors prior to the commencement of these cases.  The schedules of liabilities to be subsequently filed should be consulted for a list of the Debtors' creditors that is comprehensive and current as of the date of the commencement of these cases.

---

[3] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.

**DECLARATION UNDER PENALTY OF PERJURY:**

   I, the undersigned authorized officer of Global Crossing Ltd., named as the Debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing list of unsecured creditors of the Debtor and that it is true and correct to the best of my information and belief.

Dated:  January 27, 2002

          /s/ Dan Cohrs
          Signature

          Dan Cohrs
          Name

          Executive Vice President and CFO
          Title

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                          :
                                               :        **Chapter 11 Case No.**
                                               :
**GLOBAL CROSSING LTD.,**                      :        **02-** _____ (        )
                                               :
                                               :
                    **Debtor.**                :
                                               :
-------------------------------------------------------------x

## EXHIBIT A TO VOLUNTARY PETITION [1]

     1.     The Debtor's equity and securities are registered under Section 12 of the

Securities Exchange Act of 1934.  The Securities Exchange Commission ("SEC") file

number is 001-16201.

     2.     The following financial data (unaudited) reflects the Debtor's financial

condition, as consolidated with its subsidiaries, as of September 30, 2001:

     (a)     Total assets:     $22,438,000,000

     (b)     Total debts:     $12,394,000,000

     (c)     As of September 30, 2001, there were no debt securities of the
Debtor held by more than 500 holders.

---

[1] The following financial data shall not constitute an admission of liability by the Debtor.  The Debtor
reserves all rights to assert that any debt or claim listed herein as liquidated or fixed is in fact a disputed
claim or debt.  The Debtor also reserves all rights to challenge the priority, nature, amount or status of any
claim or debt.

(d)      Number of shares of preferred stock as of January 8, 2002:

| Preferred Stock | Number of Outstanding Shares | Approximate Number of Holders of Record |
|---|---|---|
| 10 1/2% Mandatorily Redeemable Preferred Stock | 5,262,500 | 32 |
| 6 3/8% Cumulative Convertible Preferred Stock | 5,440,030 | 91 |
| 7 % Cumulative Convertible Preferred Stock | 2,600,000 | 59 |
| 6 3/8% Cumulative Convertible Preferred Stock, Series B | 400,000 | 1 |
| 6 3/4 % Cumulative Convertible Preferred Stock | 4,600,000 | 111 |

(e)      Number of shares of common stock as of November 1, 2001:

| Common Stock | Number of Outstanding Shares[2] | Approximate Number of Holders |
|---|---|---|
| Common Stock | 910,668,079 | Not known |

3.      Global Crossing Ltd., along with its direct and indirect subsidiaries, has

built the world's most extensive fiber-optic network, spanning over 100,000 route miles

and reaching five continents, 27 countries and more than 200 major cities (the

"Network").  The markets in those cities represent approximately 85% of the world's

international telecommunications traffic.  The Network took over four years, multiple

acquisitions and partnerships, and billions of dollars of capital to reach its current state of

near-completion.

---

[2] Includes 22,033,758 treasury shares.

4.    Listed below is the name of each person or entity that, as of April 2, 2001, directly or indirectly owned, controlled, or held, with power to vote, 5% or more of the voting securities of the Debtor:

| Holder | Number of Shares of Common Stock | Percent of Class |
|---|---|---|
| Pacific Capital Group Inc.[3] | 78,906,648 | 9.78% |
| Gary Winnick[4] | 78,906,648 | 9.97% |

---

[3] Includes 63,408,375 shares of common stock and 2,515,788 common stock warrants owned and managed by GKW Unified Holdings, a company formed for the benefit of Mr. Winnick and members of his family and managed by Pacific Capital Group, Inc. ("PCG"), which thereby shares investment and voting power over such shares.

[4] Includes all shares and warrants beneficially owned by PCG, a company controlled by Mr. Winnick.